IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SIGNIFY HOLDING B.V.,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **KEYSTONE TECHNOLOGIES, LLC,** | : | **NO. 24-cv-6761** |
| *Defendant.* | : | |

**ORDER**

**AND NOW**, this **10th** day of **February 2025**, upon consideration of Plaintiff's Motion for Protective Order Governing Confidential Information (ECF No. 59), it is hereby **ORDERED** this Motion is **DENIED** without prejudice. It is further ordered as follows:

1. The parties must meet and confer by **Wednesday, February 12, 2025**, to determine how they want to proceed on this issue. The motion was filed on Friday, February 7, 2025, the Friday before the Tuesday Rule 16 conference even though it could have been filed much earlier, since the parties have been in discussion since November 2024 and reached an impasse in December and acknowledged the disagreement in their January 21, 2025 26 (f) report. The parties can best "submit their respective positions to the Court for resolution" by joint motion with the bearer of the burden stating its case first. The joint motion must be filed by **Friday, February 14, 2025, at noon**. Filing the instant motion on Friday afternoon of Super Bowl weekend with the Rule 16 scheduled for the following Tuesday does not seem collegial towards the associate who needs to develop the Defense position before Tuesday.

2. The pretrial conference is cancelled for tomorrow. The timing of the motion leaves this Court very little time to decipher the positions before the pretrial conference and

without the benefit of a Defense articulated position.  The new Rule 16 conference will be **Tuesday, February 18, 2025, at 9:00 a.m.**

3. Counsel must email Chambers at Chambers_of_Judge_Chad_F_Kenney@paed.uscourts.gov on or before **February 10, 2025, by 4:00 p.m.** that they have read and understood this Order.

The Court does not appreciate the inefficiency this has caused and hopes this is not an indication of how this litigation will proceed.  If it is, this Court will order CEOs into the courtroom and assign a discovery master.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**